# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00268-CR

**Arthur Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-09-201420, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Arthur Williams pled guilty to possession of cocaine in exchange for a two-year sentence and an agreement that federal charges would not be filed. The trial court signed its judgment of conviction on April 29, 2009, and appellant filed his notice of appeal on May 1, 2009. The trial court has certified that the cause is a plea-bargain case and that appellant has no right of appeal. Thus, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   July 24, 2009

Do Not Publish